UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

CHRISTOPHER THOMPSON,                           :

              Plaintiff,                :       ORDER

     -against-                                     :
                                                            25 Civ. 5953 (GBD)(GWG)
COMMISSIONER, OF THE SOCIAL SECURITY :
ADMINISTRATION,
                                           :
            Defendant.
---------------------------------------------------------------x

GABRIEL W. GORENSTEIN, United States Magistrate Judge

      Notwithstanding the lapse in funding to the Department of Justice and the issuance on October 1, 2025, of a Standing Order staying certain deadlines in civil cases where the Government is a party, the plaintiff's brief in this case remains due on October 22, 2025.

      SO ORDERED.

Dated: New York, New York
       October 1, 2025

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge

1