UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
GLORIA LYNN THOMPSON, as                          :
Administratrix of the Estate of
Christopher Thompson,                             :

          Plaintiff,                 :        ORDER

                                    :
                                             25 Civ. 5953 (GWG)

COMMISSIONER OF THE SOCIAL                        :
SECURITY ADMINISTRATION
                                    :
          Defendant.
------------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

First, the Court notes that the Government's opposition to plaintiff's brief (Docket # 8) is due January 5, 2026.  See Docket # 9.  Any reply by plaintiff shall be filed by January 20, 2026.

Second, no opposition having been filed to the motion for substitution, the motion (Docket # 10) is granted.

Nonetheless, plaintiff is directed to address the question raised by the Government on page 4 of Docket # 11 (whether Chritopher Thompson was survived by a spouse or anyone with priority over Gloria Lynn Thompson under 20 C.F.R. § 404.503(b) and 20 C.F.R. § 416.542(b)) in a supplemental filing on or before December 18, 2025.  Such filing will likely need to include a sworn statement as to any factual representations.  Any issues about whether payment (if any were to be awarded) is owed to the substituted plaintiff shall be raised by the Government in its opposition brief.

Accordingly, the Clerk is directed to substitute the following individual for plaintiff and to amend the caption accordingly: Gloria Lynn Thompson, as Administratrix of the Estate of Christopher Thompson.

SO ORDERED.

Dated: December 11, 2025
      New York, New York

GABRIEL W. GORENSTEIN
United States Magistrate Judge